Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10015−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gerald W. Cline Sr. | Debra L. Costanzo−Cline |
| dba Hands on Leather Works, dba L'Bri | dba Hands on Leather Works, dba L'Bri |
| Pure and Natural | Pure and Natural |
| 4815 Mays Landing Road | 4815 Mays Landing Road |
| Vineland, NJ 08361 | Vineland, NJ 08361 |

Social Security No.:
xxx−xx−0387                           xxx−xx−0582

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

　　　NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 21, 2023.

Dated: September 21, 2023
JAN: jpl

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10015-JNP |
| Gerald W. Cline, Sr. | Chapter 13 |
| Debra L. Costanzo-Cline | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 21, 2023 | Form ID: plncf13 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald W. Cline, Sr., Debra L. Costanzo-Cline, 4815 Mays Landing Road, Vineland, NJ 08361-7620 |
| 519803425 | | Achieve Personal Loans, 1975 S. Grant St., Ste 400, San Mateo, CA 94402 |
| 519803428 | + | Attorney General, U.S. Dept. of Justice, Ben Franklin Station, P. O. Box 683, Washington, DC 20044-0683 |
| 519803431 | + | Capital Services, PO BOX 277, West Berlin, NJ 08091-0277 |
| 519803435 | + | Freedom Plus/Bills, 60 E. Rio Salado Parkway, Suite 900, Office 9102, Tempe, AZ 85281-9126 |
| 519803437 | + | Inspira, PO Box 650292, Dallas, TX 75265-0292 |
| 519803443 | + | Mariner Finance, 3600 E. Landis Ave., Vineland, NJ 08361-3001 |
| 519803442 | + | Mariner Finance, 6825 Tilton Rd., D6, Egg Harbor Township, NJ 08234-4408 |
| 519803452 | + | Syncb/Vrzn, Po Box 965015, Orlando, FL 32896-5015 |
| 519803453 | + | Tdrcs/Raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519803429 | + | Email/Text: clientservices@fullcirclefs.com | Sep 21 2023 20:54:00 | AXIOM Acquisition Ventures, 12425 Race Track Road, Suite 100, Tampa, FL 33626-3102 |
| 519830117 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 21:04:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519803426 | + | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 21:18:50 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519803427 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 21 2023 20:54:00 | Apple Card/Gs Bank Usa, Lockbox 6112, P. O. Box 7247, Philadelphia, PA 19170-0001 |
| 519803430 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 21 2023 20:50:20 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 519837201 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 21 2023 20:49:51 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519854501 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2023 21:03:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519803432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2023 20:50:23 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519803433 | ^ | MEBN | Sep 21 2023 20:39:45 | Coastl/Prosp, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 519803434 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2023 20:51:19 | Credit One Bank Na, Po Box 98875, Las Vegas, |

Case 23-10015-JNP    Doc 23    Filed 09/23/23    Entered 09/24/23 00:15:36    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: plncf13 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | NV 89193-8875 |
| 519803436 | ^ | MEBN | Sep 21 2023 20:40:01 | Fsb Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 519826773 | | Email/Text: bankruptcytn@wakeassoc.com | Sep 21 2023 20:53:00 | GI PATHOLOGY, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 519803438 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 21 2023 20:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519842340 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2023 20:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519831256 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 21 2023 20:50:19 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519803439 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 21 2023 20:51:01 | Jpmcb Auto, PO Box 901003, Fort Worth, TX 76101 |
| 519836134 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 20:49:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519803440 | + | Email/Text: bankruptcy@lmminc.com | Sep 21 2023 20:55:00 | Lockhart,Morris & Mont, 1401 N Central Expy Ste, Richardson, TX 75080-4669 |
| 519803441 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Sep 21 2023 20:55:00 | Mahindra Finance, 8001 Birchwood Court, Johnston, IA 50131-2889 |
| 519807113 | | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Sep 21 2023 20:55:00 | Mahindra Finance USA LLC, PO Box 2000, Johnston, IA 50131-0020 |
| 519843397 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 21 2023 20:53:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519803444 | ^ | MEBN | Sep 21 2023 20:39:00 | MissionIntab, Po Box 105286 Sw # 1340, Atlanta, GA 30348-5286 |
| 519803445 | + | Email/Text: cedwards@ncsplus.com | Sep 21 2023 20:54:00 | Ntl Crdt Sys, 117 E 24th St 5th Floor, New York, NY 10010-2937 |
| 519803446 | ^ | MEBN | Sep 21 2023 20:39:49 | Prosper Card, P. O. Box 650078, Dallas, TX 75265-0078 |
| 519842203 | | Email/Text: bnc-quantum@quantum3group.com | Sep 21 2023 20:54:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519827341 | | Email/Text: bnc-quantum@quantum3group.com | Sep 21 2023 20:54:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519803447 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 21 2023 20:55:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519813835 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 21 2023 20:55:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519803448 | | Email/Text: support@spirerecoverysolutions.com | Sep 21 2023 20:54:00 | Spire Recovery Solutions, 57 Canal St., Suite 302, Lockport, NY 14094 |
| 519803449 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 20:50:19 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519803450 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 21:03:04 | Syncb/Care Credit, P. O. Box 965036, Orlando, FL 32896-5036 |
| 519803451 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 20:51:20 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 519803634 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 20:50:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519806681 | + | Email/Text: tdebn@credbankserv.com | Sep 21 2023 20:54:00 | TD Retail Card Services, c/o Creditors Bankruptcy |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: plncf13 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519803454 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2023 21:03:53 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519803455 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2023 20:50:25 | Tractor Supply/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519803456 | + | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2023 20:54:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad St. Suite 700, Newark, NJ 07102-2527 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519830118 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | on behalf of Joint Debtor Debra L. Costanzo-Cline bkdruziako@aol.com |
| Victor Druziako | on behalf of Debtor Gerald W. Cline Sr. bkdruziako@aol.com |

TOTAL: 6