Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-10015 (JNP)

Gerald W. Cline, Sr. and Debra L. Costanzo-Cline  
4815 Mays Landing Road  
Vineland, NJ  08361

Monthly Payment: $353.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/26/2023 | $306.00 | 02/27/2023 | $306.00 | 03/29/2023 | $306.00 | 05/01/2023 | $306.00 |
| 06/02/2023 | $306.00 | 06/29/2023 | $233.00 | 08/02/2023 | $233.00 | 08/28/2023 | $233.00 |
| 09/28/2023 | $353.00 | 10/16/2023 | $353.00 | 12/01/2023 | $353.00 | 12/27/2023 | $353.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GERALD W. CLINE, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | VICTOR DRUZIAKO, ESQUIRE | 13 | $4,250.00 | $2,653.21 | $1,596.79 | $2,653.21 |
| 1 | QUANTUM3 GROUP, LLC | 33 | $31,252.35 | $0.00 | $31,252.35 | $0.00 |
| 2 | ACHIEVE PERSONAL LOANS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $6,838.42 | $0.00 | $6,838.42 | $0.00 |
| 4 | APPLE CARD/GS BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATTORNEY GENERAL, U.S. DEPT. OF JUSTICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, N.A. | 33 | $9,656.79 | $0.00 | $9,656.79 | $0.00 |
| 7 | CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK, N.A. | 33 | $2,140.90 | $0.00 | $2,140.90 | $0.00 |
| 9 | COASTL/PROSP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CREDIT ONE BANK NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FREEDOM PLUS/BILLS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | FSB BLAZE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $825.47 | $0.00 | $825.47 | $0.00 |
| 14 | DEPARTMENT OF THE TREASURY | 28 | $2,656.13 | $0.00 | $2,656.13 | $0.00 |
| 15 | JPMORGAN CHASE BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LOCKHART,MORRIS & MONT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MAHINDRA FINANCE USA, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MARINER FINANCE, LLC | 33 | $3,210.87 | $0.00 | $3,210.87 | $0.00 |
| 19 | MARINER FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MISSIONLNTAB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | NTL CRDT SYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PROSPER CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ROCKET MORTGAGE, LLC | 24 | $6,155.79 | $0.00 | $6,155.79 | $0.00 |
| 24 | SPIRE RECOVERY SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | LVNV FUNDING, LLC | 33 | $1,781.85 | $0.00 | $1,781.85 | $0.00 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $909.43 | $0.00 | $909.43 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,696.78 | $0.00 | $3,696.78 | $0.00 |
| 28 | LVNV FUNDING, LLC | 33 | $224.36 | $0.00 | $224.36 | $0.00 |
| 29 | TD RETAIL CARD SERVICES | 24 | $5,542.28 | $0.00 | $5,542.28 | $0.00 |
| 30 | CITIBANK, N.A. | 33 | $2,054.45 | $0.00 | $2,054.45 | $0.00 |
| 31 | LVNV FUNDING, LLC | 33 | $6,269.15 | $0.00 | $6,269.15 | $0.00 |
| 32 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | UNITED STATES ATTORNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | DEBRA L. COSTANZO-CLINE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | GERALD W. CLINE SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | VICTOR DRUZIAKO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | GI PATHOLOGY | 33 | $64.16 | $0.00 | $64.16 | $0.00 |
| 39 | AMERICAN EXPRESS | 33 | $2,936.21 | $0.00 | $2,936.21 | $0.00 |
| 40 | DEPARTMENT OF THE TREASURY | 33 | $6,730.49 | $0.00 | $6,730.49 | $0.00 |
| 41 | LVNV FUNDING, LLC | 33 | $1,795.58 | $0.00 | $1,795.58 | $0.00 |
| 42 | LVNV FUNDING, LLC | 33 | $2,532.98 | $0.00 | $2,532.98 | $0.00 |
| 43 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $644.13 | $0.00 | $644.13 | $0.00 |
| 44 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,389.12 | $0.00 | $2,389.12 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2023 | 7.00 | $0.00 |
| 09/01/2023 | Paid to Date | $2,229.00 |
| 10/01/2023 | 52.00 | $353.00 |
| 02/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,641.00 |
| Total paid to creditors this period: | $2,653.21 |
| Undistributed Funds on Hand: | $638.22 |
| Arrearages: | $0.00 |
| Attorney: | VICTOR DRUZIAKO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**