UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Gerald Cline & Debra Cline,

Debtors.

Case No.: 23-10015-JNP

Adv. No.: _____

Chapter: 13

Hearing Date: 08/13/2024

Judge: Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Denise Carlon, Esq.__,
   ☒ am the attorney for: __Rocket Mortgage, LLC__
   ☐ am self-represented

   Phone number: __215-627-1322__

   Email address: __dcarlon@kmllawgroup.com__

2. I request an adjournment of the following hearing:

   Matter: __Motion for Relief from Stay re: 4815 Mays Landing Road (Docket # 26)__

   Current hearing date and time: __08/13/2024 @ 11:00 a.m.__

   New date requested: __09/03/2024 @ 10:00 a.m.__

   Reason for adjournment request: __To allow the parties time to amicably resolve the issues at hand.__

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 08/08/2024 _____    /s/ Denise Carlon_____
                                                                                                 Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: ____9/3/24 at 11_____    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2