UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002**

In Re:

Gerald W. Cline, Sr. and Debra L. Costanzo-Cline,

Debtor(s).'

Case No. 23-10015    JNP

Judge:    Jerrold N. Poslusny, Jr.

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $5,759.00 total receipts applied to plan, then $400.00 for the remaining forty-two (42) months commencing August 1, 2024, for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on September 21, 2023 remain in effect.

_____
Victor Druziako, Esquire,
Attorney for Debtor

Dated:    8/15/24

/s/    *Andrew B. Finberg*
_____
Andrew B. Finberg,
Chapter 13 Standing Trustee

Dated:    08/19/2024

*Stipulation only valid if signed by all parties AND filed by the Chapter 13 Standing Trustee*