UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Gerald W. Cline & Debra Costanzo-Cline,

Debtors.

Case No.:      23-10015-JNP

Chapter:      13

Hearing Date:      09/03/2024

Judge:      Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 4815 Mays Landing Road (Docket # 26)

_____

Date: 08/29/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*