Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10015−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerald W. Cline Sr.
dba Hands on Leather Works, dba L'Bri Pure and Natural
4815 Mays Landing Road
Vineland, NJ 08361

Debra L. Costanzo−Cline
dba Hands on Leather Works, dba L'Bri Pure and Natural
4815 Mays Landing Road
Vineland, NJ 08361

Social Security No.:
xxx−xx−0387

xxx−xx−0582

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 21, 2023.

On June 16, 2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              August 6, 2025
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 17, 2025
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-10015-JNP

Gerald W. Cline, Sr.                                                                            Chapter 13

Debra L. Costanzo-Cline

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                         Page 1 of 3

Date Rcvd: Jun 17, 2025              Form ID: 185                    Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol      Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald W. Cline, Sr., Debra L. Costanzo-Cline, 4815 Mays Landing Road, Vineland, NJ 08361-7620 |
| 519803425 | | Achieve Personal Loans, 1975 S. Grant St., Ste 400, San Mateo, CA 94402 |
| 519803428 | + | Attorney General, U.S. Dept. of Justice, Ben Franklin Station, P. O. Box 683, Washington, DC 20044-0683 |
| 519803431 | + | Capital Services, PO BOX 277, West Berlin, NJ 08091-0277 |
| 519803435 | + | Freedom Plus/Bills, 60 E. Rio Salado Parkway, Suite 900, Office 9102, Tempe, AZ 85281-9126 |
| 519803437 | + | Inspira, PO Box 650292, Dallas, TX 75265-0292 |
| 519803442 | + | Mariner Finance, 6825 Tilton Rd., D6, Egg Harbor Township, NJ 08234-4408 |
| 519803443 | + | Mariner Finance, 3600 E. Landis Ave., Vineland, NJ 08361-3001 |
| 519803447 | + | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519813835 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 17 2025 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 17 2025 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519803429 | + | Email/Text: clientservices@fullcirclefs.com | Jun 17 2025 20:36:00 | AXIOM Acquisition Ventures, 12425 Race Track Road, Suite 100, Tampa, FL 33626-3102 |
| 519830117 | | Email/PDF: bncnotices@becket-lee.com | Jun 17 2025 20:55:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519803426 | + | Email/PDF: bncnotices@becket-lee.com | Jun 17 2025 20:44:21 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519803427 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 17 2025 20:36:00 | Apple Card/Gs Bank Usa, Lockbox 6112, P. O. Box 7247, Philadelphia, PA 19170-0001 |
| 519803430 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2025 20:43:44 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 519837201 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 17 2025 20:43:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519854501 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2025 20:44:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519803432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2025 20:44:41 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519803433 | ^ | MEBN | Jun 17 2025 20:35:09 | Coastl/Prosp, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 519803434 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 17 2025 20:43:47 | Credit One Bank Na, Po Box 98875, Las Vegas, |

Case 23-10015-JNP    Doc 46    Filed 06/19/25    Entered 06/20/25 00:12:34    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 17, 2025 | Form ID: 185 | Total Noticed: 49 |

| Recipient ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | NV 89193-8875 |
| 519803436 | ^ | MEBN | Jun 17 2025 20:35:28 | Fsb Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 519826773 | | Email/Text: bankruptcy.accounts@wakeassoc.com Jun 17 2025 20:36:00 | | GI PATHOLOGY, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 519803438 | | Email/Text: sbse.cio.bnc.mail@irs.gov Jun 17 2025 20:36:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519842340 | | Email/Text: JCAP_BNC_Notices@jcap.com Jun 17 2025 20:37:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519831256 | | Email/PDF: ais.chase.ebn@aisinfo.com Jun 17 2025 20:44:36 | | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519803439 | + | Email/PDF: ais.chase.ebn@aisinfo.com Jun 17 2025 20:43:55 | | Jpmcb Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 519836134 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 17 2025 20:55:24 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519803440 | + | Email/Text: bankruptcy@lmminc.com Jun 17 2025 20:37:00 | | Lockhart,Morris & Mont, 1401 N Central Expy Ste, Richardson, TX 75080-4669 |
| 519803444 | | Email/Text: ml-ebn@missionlane.com Jun 17 2025 20:36:00 | | MissionIntab, Po Box 105286 Sw # 1340, Atlanta, GA 30348 |
| 519803441 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM Jun 17 2025 20:37:00 | | Mahindra Finance, 8001 Birchwood Court, Johnston, IA 50131-2889 |
| 519807113 | | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM Jun 17 2025 20:37:00 | | Mahindra Finance USA LLC, PO Box 2000, Johnston, IA 50131-0020 |
| 519843397 | + | Email/Text: bankruptcy@marinerfinance.com Jun 17 2025 20:36:00 | | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519803445 | + | Email/Text: cedwards@ncsplus.com Jun 17 2025 20:36:00 | | Ntl Crdt Sys, 117 E 24th St 5th Floor, New York, NY 10010-2937 |
| 519803446 | ^ | MEBN Jun 17 2025 20:35:20 | | Prosper Card, P. O. Box 650078, Dallas, TX 75265-0078 |
| 519842203 | | Email/Text: bnc-quantum@quantum3group.com Jun 17 2025 20:36:00 | | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519827341 | | Email/Text: bnc-quantum@quantum3group.com Jun 17 2025 20:36:00 | | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519803448 | | Email/Text: support@spirerecoverysolutions.com Jun 17 2025 20:36:40 | | Spire Recovery Solutions, 57 Canal St., Suite 302, Lockport, NY 14094 |
| 519803449 | | Email/PDF: ais.sync.ebn@aisinfo.com Jun 17 2025 20:54:57 | | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519803450 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jun 17 2025 20:43:52 | | Syncb/Care Credit, P. O. Box 965036, Orlando, FL 32896-5036 |
| 519803451 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jun 17 2025 20:43:43 | | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 519803452 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jun 17 2025 20:43:42 | | Syncb/Vrzn, Po Box 965015, Orlando, FL 32896-5015 |
| 519803634 | ^ | MEBN Jun 17 2025 20:36:18 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519806681 | + | Email/Text: tdebn@credbankserv.com Jun 17 2025 20:36:00 | | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519803453 | + | Email/Text: bankruptcy@td.com Jun 17 2025 20:37:00 | | Tdrcs/Raymour & Flanig, 1000 Macarthur Blvd, |

Case 23-10015-JNP    Doc 46    Filed 06/19/25    Entered 06/20/25 00:12:34    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: 185 | Total Noticed: 49 |

| 519803454 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2025 20:44:42 | Mahwah, NJ 07430-2035<br>Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519803455 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2025 20:54:56 | Tractor Supply/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519803456 | + Email/Text: usanj.njbankr@usdoj.gov | Jun 17 2025 20:37:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad St. Suite 700, Newark, NJ 07102-2527 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519830118 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2025               Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | on behalf of Joint Debtor Debra L. Costanzo-Cline bkdruziako@aol.com |
| Victor Druziako | on behalf of Debtor Gerald W. Cline  Sr. bkdruziako@aol.com |

TOTAL: 7