Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10015−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gerald W. Cline Sr.  
   dba Hands on Leather Works, dba L'Bri Pure and Natural  
   4815 Mays Landing Road  
   Vineland, NJ 08361  

   Debra L. Costanzo−Cline  
   dba Hands on Leather Works, dba L'Bri Pure and Natural  
   4815 Mays Landing Road  
   Vineland, NJ 08361  

Social Security No.:
   xxx−xx−0387                                  xxx−xx−0582

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             August 12, 2025
Time:           11:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*49* – Certification in Opposition to (related document:48 Creditor's Certification of Default (related document:31 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC. Objection deadline is 07/24/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC) filed by Victor Druziako on behalf of Gerald W. Cline Sr., Debra L. Costanzo−Cline. (Druziako, Victor)

and transact such other business as may properly come before the meeting.

Dated: July 22, 2025
JAN: kvr

                                                                                              Jeanne Naughton
                                                                                              Clerk