Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10015−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gerald W. Cline Sr. | Debra L. Costanzo−Cline |
| dba Hands on Leather Works, dba L'Bri | dba Hands on Leather Works, dba L'Bri |
| Pure and Natural | Pure and Natural |
| 4815 Mays Landing Road | 4815 Mays Landing Road |
| Vineland, NJ 08361 | Vineland, NJ 08361 |

Social Security No.:
xxx−xx−0387                                              xxx−xx−0582

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 21, 2025.

Dated: August 21, 2025
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gerald W. Cline, Sr.  
Debra L. Costanzo-Cline  
    Debtors

Case No. 23-10015-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Aug 21, 2025     Form ID: plncf13     Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald W. Cline, Sr., Debra L. Costanzo-Cline, 4815 Mays Landing Road, Vineland, NJ 08361-7620 |
| 519803425 | | Achieve Personal Loans, 1975 S. Grant St., Ste 400, San Mateo, CA 94402 |
| 519803428 | + | Attorney General, U.S. Dept. of Justice, Ben Franklin Station, P. O. Box 683, Washington, DC 20044-0683 |
| 519803431 | + | Capital Services, PO BOX 277, West Berlin, NJ 08091-0277 |
| 519803435 | + | Freedom Plus/Bills, 60 E. Rio Salado Parkway, Suite 900, Office 9102, Tempe, AZ 85281-9126 |
| 519803437 | + | Inspira, PO Box 650292, Dallas, TX 75265-0292 |
| 519803443 | + | Mariner Finance, 3600 E. Landis Ave., Vineland, NJ 08361-3001 |
| 519803442 | + | Mariner Finance, 6825 Tilton Rd., D6, Egg Harbor Township, NJ 08234-4408 |
| 519803433 | ++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909 address filed with court:, Coastl/Prosp, 221 Main Street Suite 300, San Francisco, CA 94105 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519803429 | + | Email/Text: clientservices@fullcirclefs.com | Aug 21 2025 21:12:00 | AXIOM Acquisition Ventures, 12425 Race Track Road, Suite 100, Tampa, FL 33626-3102 |
| 519830117 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 21:22:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519803426 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 21:22:11 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519803427 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 21 2025 21:12:00 | Apple Card/Gs Bank Usa, Lockbox 6112, P. O. Box 7247, Philadelphia, PA 19170-0001 |
| 519803430 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 21:21:13 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 519837201 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2025 21:23:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519854501 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 21:21:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519803432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 21:23:21 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519803434 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2025 21:23:51 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |

| Recipient ID | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| 519803436 | ^ | MEBN | Aug 21 2025 21:04:30 | Fsb Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 519826773 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 21 2025 21:11:00 | GI PATHOLOGY, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 519803438 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2025 21:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519842340 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2025 21:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519831256 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2025 21:06:17 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519803439 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2025 21:06:29 | Jpmcb Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 519836134 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 21:23:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519803440 | + | Email/Text: bankruptcy@lmminc.com | Aug 21 2025 21:13:00 | Lockhart,Morris & Mont, 1401 N Central Expy Ste, Richardson, TX 75080-4669 |
| 519803444 | | Email/Text: ml-ebn@missionlane.com | Aug 21 2025 21:11:00 | Missionlntab, Po Box 105286 Sw # 1340, Atlanta, GA 30348 |
| 519803441 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Aug 21 2025 21:13:00 | Mahindra Finance, 8001 Birchwood Court, Johnston, IA 50131-2889 |
| 519807113 | | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Aug 21 2025 21:13:00 | Mahindra Finance USA LLC, PO Box 2000, Johnston, IA 50131-0020 |
| 519843397 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 21 2025 21:12:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519803445 | + | Email/Text: cedwards@ncsplus.com | Aug 21 2025 21:12:00 | Ntl Crdt Sys, 117 E 24th St 5th Floor, New York, NY 10010-2937 |
| 519803446 | | Email/Text: ProsperBK@prosper.com | Aug 21 2025 21:12:00 | Prosper Card, P. O. Box 650078, Dallas, TX 75265 |
| 519842203 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2025 21:13:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519827341 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2025 21:13:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519803447 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 21 2025 21:13:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519813835 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 21 2025 21:13:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519803448 | | Email/Text: support@spirerecoverysolutions.com | Aug 21 2025 21:12:24 | Spire Recovery Solutions, 57 Canal St., Suite 302, Lockport, NY 14094 |
| 519803449 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 21:21:59 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519803450 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 21:06:04 | Syncb/Care Credit, P. O. Box 965036, Orlando, FL 32896-5036 |
| 519803451 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 21:06:05 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 519803452 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 21:06:04 | Syncb/Vrzn, Po Box 965015, Orlando, FL 32896-5015 |
| 519803634 | ^ | MEBN | Aug 21 2025 21:04:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 23-10015-JNP    Doc 56    Filed 08/23/25    Entered 08/24/25 00:15:40    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: plncf13 | Total Noticed: 49 |

| 519806681 | + | Email/Text: tdebn@credbankserv.com | | | |
|---|---|---|---|---|---|
| | | | Aug 21 2025 21:12:00 | | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519803453 | + | Email/Text: bankruptcy@td.com | | | |
| | | | Aug 21 2025 21:13:00 | | Tdrcs/Raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 519803454 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | | |
| | | | Aug 21 2025 21:23:26 | | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519803455 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | | |
| | | | Aug 21 2025 21:23:17 | | Tractor Supply/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519803456 | + | Email/Text: usanj.njbankr@usdoj.gov | | | |
| | | | Aug 21 2025 21:13:00 | | United States Attorney, Peter Rodino Federal Building, 970 Broad St. Suite 700, Newark, NJ 07102-2527 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519830118 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | on behalf of Debtor Gerald W. Cline Sr. bkdruziako@aol.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 21, 2025 | Form ID: plncf13 | Total Noticed: 49 |

Victor Druziako
        on behalf of Joint Debtor Debra L. Costanzo-Cline bkdruziako@aol.com

TOTAL: 8